UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. DANIEL WALKER,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | No. 2:17-cv-2124 JAM CKD P<br><br>ORDER |

Plaintiff has filed a motion requesting leave to proceed in forma pauperis on appeal. On October 12, 2017, defendants removed this action from the Superior Court of Sacramento County pursuant to 28 U.S.C. § 1441(a) which permits removal if a federal court has original jurisdiction over claims brought in a state court. However, on April 27, 2018, the district court judge assigned to this case remanded it to the Superior Court of Sacramento County, pursuant to 28 U.S.C. § 1447(c), finding that plaintiff failed to state a claim arising under federal law. Under 28 U.S.C. § 1447(d), that order is not appealable.

/////
/////
/////
/////
/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to proceed in forma pauperis on appeal (ECF No. 17) is denied.

Dated: May 23, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
walk2124.ifpa